IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANTONIO BREWER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:18-CV-464-WKW |
| | ) | |
| DALE COUNTY JAIL and WALLY OLSON, | ) ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| ANTONIO BREWER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:18-CV-484-WKW |
| | ) | |
| WALLY OLSON and DALE COUNTY JAIL, | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On May 9, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 5.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, that Plaintiff's complaint against Defendant Dale County Jail is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), and that Dale County Jail is DISMISSED as a defendant.

It is further ORDERED that this action is REFERRED to the Magistrate Judge pursuant to 28 U.S.C. § 636 for further proceedings and determination or recommendation as may be appropriate.

DONE this 7th day of June, 2018.

        /s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE