IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| ANTONIO BREWER, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NOS. 1:18-CV-464-WKW |
| | ) | 1:18-CV-484-WKW |
| WALLY OLSON, *et al.*, | ) | [WO] |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On August 30, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 11.) On an independent review of the record and on consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED and that this case is DISMISSED without prejudice for failure to prosecute and for failure to obey court orders.

A separate Final Judgment will be entered.

DONE this 24th day of September, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE